UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REITHA JAMESON,

    Plaintiff,

v.                                                    Case No: 8:07-cv-130-T-23EAJ

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,,

    Defendants.
_____/

**ORDER**

The court is advised of settlement in this case (Doc. 13). Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida on September 12, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE